UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>               Plaintiff,<br><br>   v.<br><br>MONROE CORRECTIONS CENTER, et al.,<br><br>               Defendants. | CASE NO. C11-1840MJP<br><br>ORDER DIRECTING SERVICE OF IN FORMA PAUPERIS FORMS |

      This matter comes before the Court on Plaintiff's objections to the Magistrate Judge's Report and Recommendation. (Dkt. No. 6.) Having reviewed the Report and Recommendation (Dkt. No. 5), and the objections, the Court declines to adopt the Report and Recommendation and GRANTS Plaintiff's request to be issued the <u>in forma pauperis</u> ("IFP") application. The Court finds that the IFP application may not have been sent to Plaintiff's current address. In light of this the Court directs the Clerk to send Plaintiff an IFP application to the address he listed in his objections. (Dkt. No. 6.) Plaintiff must complete and return the IFP form along with a certified copy of his prison trust account statement showing transactions for the last six months.

1  This must be submitted within 30 days of entry of this order. Failure to do so will result in
2  dismissal of this action. Plaintiff may alternatively pay the full $350.00 filing fee instead of the
3  IFP application. That fee must be paid within 30 days of entry of this order. Failure to do so
4  will result in dismissal of this action.

5      The Clerk is directed to mail a copy of this order and the IFP forms to:

6      Larry Heggem #259763
       Monroe Corrections Center
7      Box 7002
       Monroe, WA 98272
8

9      The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

10     Dated this 27th day of March, 2012.

                                                   Marsha J. Pechman
                                                   United States District Judge

ORDER DIRECTING SERVICE OF IN FORMA
PAUPERIS FORMS- 2